IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth Norton, *et al.*<br><br>*On behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Pizza Luce, Inc., *et al.*<br><br>Defendants. | Case No. 0:23-cv-01746-DWF-DTS |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs Elizabeth Norton and Matthew Finley Day, on behalf of themselves the FLSA opt-in plaintiffs, and the putative class of Minnesota delivery drivers, hereby moves for final approval of the class and collective action settlement they have reached with Defendants Defendants Pizza Luce, Inc.; Pizza Luce II, Inc.; Pizza Luce III, Inc.; Pizza Luce IV, Inc.; Pizza Luce V, Inc.; Pizza Luce VI, Inc.; Pizza Luce VII, Inc.; Pizza Luce VIII, Inc.; Pizza Luce IX, Inc.; JJ Haywood; Laura Hansen; Joe Baier; and Pizza Luce Management, Inc. (collectively, the "Defendants"). The Defendants do not oppose the relief requested in this motion.

Respectfully submitted,

*/s/ Andrew Kimble*
Andrew R. Biller (*Pro Hac Vice*)
Andrew P. Kimble (*Pro Hac Vice*)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*

Corey W. Kobbervig (#0395472)
Kobbervig Law LLC
1624 Harmon Pl, Ste. 300G
Minneapolis, MN 55403
Telephone: (651) 357-0111
*corey@kobberviglaw.com*

*Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically. The

parties were served through the Court's electronic filing system.

*/s/ Andrew Kimble*
Andrew P. Kimble (*Pro Hac Vice*)

2