UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth Norton, *et al.*, <br><br>  *On behalf of themselves and those similarly situated*, <br><br> Plaintiffs, <br> v. <br><br> Pizza Luce, Inc., *et al.*, <br><br> Defendants. | Case No. 0:23-cv-01746-DWF-DTS |

EXHIBIT INDEX FOR
PLAINTIFFS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Pursuant to LR 7.1, Plaintiffs provide this separate Exhibit Index for their Memorandum in Support of Unopposed Motion for Final Approval of Class and Collective Action Settlement. The Exhibit attached to this Exhibit Index is:

**Exhibit 1.**   Declaration of Bryn Bridley, Settlement Administrator
**Exhibit 2.**   General Release Agreements signed by Named Plaintiffs

Respectfully submitted,

*/s/ Andrew Kimble*
Andrew P. Kimble *(Pro Hac Vice)*
BILLER & KIMBLE, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236

Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*akimble@billerkimble.com*

www.billerkimble.com

Corey W. Kobbervig (#0395472)
Kobbervig Law LLC
1624 Harmon Pl Ste 300G
Minneapolis, MN 55403
Telephone: (651) 357-0111
*corey@kobberviglaw.com*

www.KobbervigLaw.com

*Counsel for Plaintiff and the putative class*

### Certificate of Service

The undersigned hereby certifies that the above document was filed on January 23, 2025, through the Court's ECF system, which will provide notice to all parties.

*/s/ Andrew Kimble*
Andrew P. Kimble *(Pro Hac Vice)*